IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL RAY REEVES,

    Petitioner,

v.

ANTHONY WILLS,

    Respondent.

Case No. 24-CV-00816-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of April 1, 2024 (Doc. 10), this action is **DISMISSED without prejudice**. The Court **DECLINES** to issue a certificate of appealability.

**DATED: April 1, 2024**

                                            MONICA A. STUMP,
                                            Clerk of Court


                                            **By:** *s/ Jackie Muckensturm*
                                                       **Deputy Clerk**


**APPROVED:** *s/ Stephen P. McGlynn*
                    **STEPHEN P. MCGLYNN**
                      **U.S. District Judge**